PEOPLE ex rel. HARDY, Respondent, v. GREENE, Police Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. November 25, 1903.) Proceeding by the people, on the relation of Samuel Hardy, against Francis V. Greene, as police commissioner. No opinion. Order resettled and signed.